AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release



# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

AUG 2 4 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,                )

              v.                                        )

                               )    Case No.        1:23-MJ-00101 BAM

AMJED HASAN HAJJAJ _____  )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

    The defendant must appear at:    **United States District Court, 2500 Tulare Street, Fresno, California 93721**
                                                                *Place*

    on    **To be advised of new date by charging district**
                                             *Date and Time*

    If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance and Compliance Bond, if ordered.

RELEASE IS DELAYED UNTIL 10:00 AM ON AUGUST 25, 2023, AT WHICH TIME A RESPONSIBLE PARTY, APPROVED BY PRETRIAL SERVICES, WILL ASSIST WITH TRANSPORTATION ARRANGEMENTS FOR DEFENDANT TO BE TRANSPORTED FROM THE FRESNO COUNTY JAIL DIRECTLY TO THE WESTCARE INPATIENT TREATMENT PROGRAM IN FRESNO, CALIFORNIA.

AG 199B (Rev. 09/08- EDCA [Fresno]) Additional Conditions of Release (General)    Page ☐2 of ☐3 Pages

**HAJJAJ, Amjed Hasan**
**Doc. No. 1:23-MJ-00101-BAM**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑    (6)    The defendant is placed in the custody of:

Name of person or organization        Sabha Hasan Hajjaj

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _Sabha H. Hajjaj_
CUSTODIAN

☑    (7)    The defendant must:

☑    (a)    report on a regular basis to the following agency:
Pretrial Services and comply with their rules and regulations;

☑    (b)    report by telephone to the Pretrial Services Agency immediately upon your arrival at WestCare;

☑    (c)    upon successful completion of WestCare, you must reside at a location approved by the pretrial services officer, and not change your residence without prior approval of pretrial services officer;

☑    (d)    report any contact with law enforcement to your pretrial services officer within 24 hours;

☑    (e)    cooperate in the collection of a DNA sample;

☑    (f)    travel restricted to Eastern District of California and the Middle District of Georgia for the purposes of Court, unless otherwise approved in advance by pretrial services officer;

☑    (g)    not associate or have any contact with any co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

☑    (f)    not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;

☑    (g)    submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

☑    (h)    abstain from any alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;

☑    (i)    participate in the substance abuse treatment program at WestCare inpatient facility and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

☑    (j)    upon successful completion of the residential program, you must participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the pretrial services officer; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

☑    (k)    surrender your passport to the Clerk, United States District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

## USMS SPECIAL INSTRUCTIONS:

☑    (l)    have your release on bond delayed until Friday, August 25, 2023, at 10:00 am, (after your passport has been surrendered). At which time a responsible party, approved by Pretrial Services, will assist with transportation arrangements for you to be transported from the Fresno County Jail directly to the WestCare inpatient treatment program in Fresno, California.

1:23 – MJ → 101 BAM (USA v. Amjed Hajjaj)

AO 199C (Rev. 09/08- EDCA [Fresno]) Advice of Penalties    Case 1:23-mj-00101-BAM   Document 9   Filed 08/24/23   Page 3 of 3     3    Pages

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.



_Defendant's Signature_

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

Date: 8/24/23

_Judicial Officer's Signature_

Erica P. Grosjean, United States Magistrate Judge

_Printed name and title_

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL